IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERRY MOBLEY JR., | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-14-0035 |
| | : | |
| JOHN WETZEL, et al., | : | (Judge Caldwell) |
| Defendants | : | |
| | : | (Chief Magistrate Judge Schwab) |
| | : | |

*M E M O R A N D U M*

The magistrate judge has filed a report and recommendation to which no objections have been filed. In reviewing a magistrate judge's report, the court must conduct a *de novo* review of those portions to which objections are made. *Snyder v. Bender*, 548 F. App'x 767, 770 (3d Cir. 2013)(nonprecedential)(citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984); 28 U.S.C. § 636(b)(1)). Where no party has objected, the court only needs to review the report for clear error or manifest injustice. See *Smith v. Lindsey*, No. 13-CV-2914, 2015 WL 136639, at *2 (M.D. Pa. Jan. 7, 2015)(Caldwell, J.). We have reviewed the report and find no clear error or manifest injustice.

We will issue an appropriate order.

                                                /s/William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge

Date: August 8, 2017