IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERRY MOBLEY JR., | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-14-0035 |
| | : | |
| JOHN WETZEL, et al., | : | (Judge Caldwell) |
| Defendants | : | |
| | : | (Chief Magistrate Judge Schwab) |

*O R D E R*

AND NOW, this 8th day of August, 2017, upon consideration of the report (Doc. 178) of the magistrate judge, filed June 5, 2017, to which no objections have been filed, it is ordered that:

    1. The magistrate judge's report (Doc. 178) is adopted.

    2. The motion (Doc. 163) for summary judgment of the Corrections Defendants (Garman, Bickell, Price, Wetzel, Showalter, and Eckard) is granted.

    3. The motion (Doc. 170) for summary judgment of defendants Keith and Parkes is granted.

    4. The Clerk of Court shall enter judgment in favor of all the above-mentioned defendants and against Plaintiff.

    5. The Clerk of Court shall close this file.

    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge